**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:    Alain Leibman, Esq. (AL8971)
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
(609) 895-6743
Attorneys for Defendants United Labor Benefits, Inc.
and John Zanotti

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PINNACLE CHOICE, INC., a corporation organized in the State of New Jersey; PINNACLE INSURANCE SOLUTIONS, LLC, a limited liability company organized in the State of New Jersey; MICHAEL EVAN CARADIMITROPOULO, a New Jersey resident<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN SILVERSTEIN, an individual; JONATHAN SILVERSTEIN, an individual; JASON SKOLE, an individual; KEVIN RENERT, an individual; ANTHONY MATERIA, an individual; HARVEY SILVERSTEIN, an individual; JOROS SAAVODRA, an individual; RONALD LACHICA, an individual; DAVID L. LIPSKY, an individual; EVAN KATZ, an individual CHRISTOPHER SABATH, an individual; KARL TAYLOR, an individual; ERROL MILLER, an individual; HEALTHCARE PLANS, INC., a corporation; HEALTH PLAN NETWORK, INC., INSURANCE USA, a business entity; HEALTH SAVINGS NETWORK, INC., a business entity; FIRST NATIONAL, a business entity; PRIM HEALTH NETWORK, a business entity; HEALTHCARE DIRECT, a business entity; CONVERGENT HEALTH, a | Civil Action No. 07-5857 (WJM/MF)<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 ON BEHALF OF DEFENDANTS UNITED LABOR BENEFITS, INC. and JOHN ZANOTTI**<br><br>*Filed Electronically* |

business entity; CAPITAL HEALTH, INC. a  
business entity; ADL  
INSURANCE/PREMIER HEALTH, a  
business entity; UNITED LABOR BENEFITS,  
INC., a corporation; JOHN ZANOTTI, an  
individual; UNITED WORKERS OF  
AMERICA, LOCAL 621; UNITED  
WORKERS OF AMERICA, LOCAL 629;  
TRACY PEREZ, an individual; JOHN DOE 1-  
10, a fictitiously named individual; ABC  
COMPANY 1-10, a fictitiously named  
business entity,

        Defendant(s).

There is no parent corporation to defendant United Labor Benefits, Inc. and no publicly-held corporation which owns 10% or more of its stock.

FOX ROTHSCHILD LLP  
Attorneys for Defendants United Labor  
Benefits, Inc. and John Zanotti

By: /s/ Alain Leibman  
    Alain Leibman, Esq. (AL8971)  
    Princeton Pike Corporate Center  
    997 Lenox Drive, Building 3  
    Lawrenceville, NJ  08648-2311  
    (609) 895-6743 (telephone)  
    (609) 896-1468 (fax)  
    aleibman@foxrothschild.com

DATED: January 15, 2008