UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PINNACLE CHOICE, INC., PINNACLE INSURANCE SOLUTIONS, LLC, MICHAEL EVAN CARADIMITROPOULO,**<br><br>    Plaintiffs,<br><br>v.<br><br>**STEVEN SILVERSTEIN, JONATHAN SILVERSTEIN, JASON SKOLE, KEVIN RENERT, ANTHONY MATERIA, HARVEY SILVERSTEIN, JOROS SAAVODRA, RONALD LACHICA, ANN-MARIE LIPSKY, DAVID L. LIPSKY, EVAN KATZ, CHRISTOPHER SABATH, KARL TAYLOR, GREGORY SHAW, ERROL MILLER, HEALTH CARE PLANS, INC., HEALTH PLAN NETWORK, INC., INSURANCE USA, HEALTH SAVINGS NETWORK, INC., FIRST NATIONAL, PRIME HEALTH NETWORK, HEALTHCARE DIRECT, CONVERGENT HEALTH, CAPITAL HEALTH, INC., ADL INSURANCE/PREMIER HEALTH, UNITED LABOR BENEFITS, INC., JOHN ZANOTTI, UNITED WORKERS OF AMERICA, LOCAL 621, UNITED WORKERS OF AMERICA, LOCAL 629, TRACY PEREZ, JOHN DOE 1–10, ABC COMPANY 1–10,**<br><br>    Defendants. | Civil Action No.<br>07-5857 (WJM)<br><br><br>**ORDER** |

      Defendants having removed this case from New Jersey Superior Court, Law Division, Essex County; Defendants having filed a motion to dismiss and a motion for summary judgment; Plaintiffs having filed a motion to remand this case to New Jersey Superior Court; Defendants also having filed a motion to amend their notice of removal; Judge Mark Falk having on May 6, 2008, filed a Report and Recommendation recommending that this Court grant Plaintiffs' motion

and remand this case; the parties having not objected to this Report and Recommendation within ten days after being served with a copy of it; this Court having reviewed Judge Falk's Report and Recommendation; and good cause appearing;

**IT IS** on this 20th day of May 2008, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that Plaintiffs' motion to remand is **GRANTED**; and it is further

**ORDERED** that this case is remanded to New Jersey Superior Court, Law Division, Essex County; and it is further

**ORDERED** that Defendants' motion to amend their notice of removal is **DENIED**.


s/ William J. Martini
**William J. Martini, U.S.D.J.**

cc:    The Hon. Mark Falk, U.S.M.J.